UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LINDA MCCORMICK**

        **Plaintiff,**        **CASE NUMBER: 06-11719**
                                   **HONORABLE VICTORIA A. ROBERTS**

**v.**

**HANOVER INSURANCE GROUP, INC.,and
its Subsidiary HANOVER INSURANCE COMPANY
Jointly and Severally,**
        **Defendants.**
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

      This matter is before the Court on Plaintiff's Motion for Reconsideration of the Court's November 13, 2006 Order Dismissing Plaintiff's Motion to the Chief Judge to Resolve the Conflict of Judges.  Plaintiff's case was transferred to this Court pursuant to Local Rule 83.11(b)(7)(A)(ii) as a companion to two cases previously litigated.  Plaintiff filed a Motion objecting to the transfer and alleging that she was deprived of her substantive rights.  She now asserts that the Court erred by: 1) rejecting her assertion that this case is not a companion case under Local Rule 83.11(b)(7)(A)(ii); 2) by dismissing her former cases *sua sponte*; and 3) allowing Defendants to judge shop in deprivation of her right of redress.

      For the reasons stated below, Plaintiff's motion is **DENIED.**

      Eastern District of Michigan Local Rule 7.1(g)(3) provides for reconsideration if the movant demonstrates a palpable defect by which the court and the parties have been misled, and further demonstrates that correcting the defect will result in a different

disposition of the case. "A 'palpable defect' is a defect which is obvious, clear, unmistakable, manifest, or plain." *Fleck v. Titan Tire Corp.*, 177 F.Supp.2d 605, 624 (E.D.Mich. 2001). "[T]he court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." L.R. 7.1(g)(3).

Plaintiff fails to make the required showing for reconsideration. The Court is not persuaded that its ruling contained manifest errors of law, and Plaintiff did not identify any factual matter of which the Court was not aware when it ruled on the issues raised. Therefore, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: December 6, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 6, 2006.

s/Linda Vertriest
Deputy Clerk