UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA MCCORMICK

        Plaintiff,           CASE NUMBER: 06-11719
                                  HONORABLE VICTORIA A. ROBERTS

v.

HANOVER INSURANCE GROUP, INC., and
its Subsidiary HANOVER INSURANCE COMPANY
Jointly and Severally,

        Defendants.
_____/

## ORDER

On January 8, 2007, this Court entered an Order dismissing Plaintiff's *Motion to Hold in Abeyance the Running of the Time Period for Filing Rehearing of the Order of Dismissal Until Final Decision on the Pending Motion For Recusal* and *Motion for Recusal*. On the same day, Plaintiff filed an *Amendment to Prior Filed Motion of Recusal* and an *Amendment to Prior-Filed Motion for Rehearing*, pursuant to FED. R. CIV. P. 15(a). While leave to amend is freely granted where justice requires, a motion to amend a complaint will be denied if the amendment would be futile. *See* FED. R. CIV. P. 15(a); *Forman v. Davis*, 371 U.S. 178, 183 (1962); *Leary v. Daeschner*, 349 F.3d 888, 905 (6th Cir. 2003). The controlling factor is "futility" and the court should not grant the motion to amend if the amendment could not withstand a motion to dismiss. *Id.*

The Court finds it would be futile to allow Plaintiff to amend pleadings the Court already dismissed.

The Court **DENIES** Plaintiff's motions to amend.

**IT IS SO ORDERED**.

              s/Victoria A. Roberts
              Victoria A. Roberts
              United States District Judge

Dated: January 17, 2007

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Linda McCormick by electronic means or U.S. Mail on January 17, 2007.

s/Linda Vertriest
Deputy Clerk