UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LINDA MCCORMICK,**

        **Plaintiff,**          **CASE NUMBER: 06-11719**
                                    **HONORABLE VICTORIA A. ROBERTS**

**v.**

**HANOVER INSURANCE GROUP, INC., and
its Subsidiary HANOVER INSURANCE COMPANY
Jointly and Severally,**

        **Defendants.**
_____/

**ORDER GRANTING REQUEST FOR
*IN FORMA PAUPERIS* STATUS, AND DISMISSING MOTION**

Linda McCormick ("McCormick"), acting *pro se,* seeks to file an appeal. Ms. McCormick requests that she be allowed to proceed *in forma pauperis*.[1] Ms. McCormick also requests the Court to transfer this application to another judge because of this Court's bias and prejudice. Ms. McCormick makes the transfer request presuming that this Court will deny her request to proceed *informa pauperis*. Because the Court grants this request, Ms. McCormick's *Motion For This Application to Be Randomly Reassigned Pursuant to LR 83.11(a)* is moot.

---

[1] 28 U.S.C. §1915(a)(1) allows indigents to receive a waiver of filing fees:

[A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

Indigent litigants may request a waiver of filing fees under 28 U.S.C. § 1915, but such requests must be accompanied by an "affidavit that includes a statement of all assets." 28 U.S.C. § 1915(a)(1). In Ms. McCormick's application, she indicates that she is unemployed and has received no income in the last 12 months. Ms. McCormick also indicates that she does not have any money in a savings or checking account and her only asset is a 1983 Cadillac worth approximately $1,000.00.

Therefore, the Court finds that Ms. McCormick has provided complete information to support her motion for *in forma pauperis* status. Given her lack of income and assets, the Court also finds that she is indigent. Ms. McCormick's motion to proceed *in forma pauperis* is **GRANTED**.

**IT IS SO ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: April 2, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record and Linda McCormick by electronic means or U.S. Mail on April 2, 2007.

s/Linda Vertriest
Deputy Clerk